IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: DERRICK TARVER           )   CASE NO.: 20-20462
                                )   CHAPTER 13
                                )
         Debtor(s)              )

## AMENDED AGREED ORDER

Comes now Debtor(s), Derrick Tarver, by counsel, and Paul Chael, Standing Chapter 13 Trustee, for the purpose of the Trustee's Motion to Dismiss. Parties submit the following Amended Agreed Order:

1. That the Motion to Dismiss filed April 28, 2022, is hereby continued indefinitely.

2. That the Debtor(s) will <u>cure the default in Plan payments by increasing his Plan payment to $2,384.00 beginning January 2023. Debtor will make timely monthly payments for the remaining Plan term. Debtor will amend his wage withholding order within 3 days from the date of this Order.</u>

3. In the event that Debtor(s) fails to pay or perform as stated above, the case may be dismissed without further hearing upon the filing of an Affidavit of Default by the Trustee after a ten (10) day grace period.

_____
Dan Whitten
Attorney for Debtors

_____
Paul Chael, Chapter 13 Trustee

Entered: _____

_____
Judge, U.S. Bankruptcy Court