# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

In re: YVETTE C MOORE                                                                Case No.: 20-20465 JRA

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2020.
2) The plan was confirmed on 12/01/2020.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 10/14/2021, 06/16/2023, 11/08/2022.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2021, 09/25/2023, 12/22/2021, 09/14/2022.
5) The case was dismissed on 05/13/2024.
6) Number of months from filing or conversion to last payment: 45.
7) Number of months case was pending: 50.
8) Total value of assets abandoned by court order: 120,475.00.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $15,553.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$15,553.00** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $2,939.86 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $660.08 | |
| Other: | $189.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,788.94** |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICASH LOANS | Unsecured | 550.00 | NA | NA | .00 | .00 |
| AVANT LLC | Unsecured | 1,128.05 | NA | NA | .00 | .00 |
| CENTIER | Unsecured | 271.97 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 505.67 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | Unsecured | 106.58 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | Unsecured | 106.58 | NA | NA | .00 | .00 |
| CONVERGENT OUTSOURCING | Unsecured | NA | NA | NA | .00 | .00 |
| DERMATOLOGY ASSOC OF NW | Unsecured | 20.00 | NA | NA | .00 | .00 |
| DISH NETWORK | Unsecured | 268.61 | NA | NA | .00 | .00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | NA | NA | NA | .00 | .00 |
| DR. CINDY KIRBY | Unsecured | 7.95 | NA | NA | .00 | .00 |
| FRANCISCAN ALLIANCE | Unsecured | 1,200.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  YVETTE C MOORE                                              Case No.:  20-20465 JRA

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| FRANCISCAN ALLIANCE | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCISCAN ALLIANCE | Unsecured | 216.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS LTD | Unsecured | NA | NA | NA | .00 | .00 |
| HODGES & DAVIS | Unsecured | NA | NA | NA | .00 | .00 |
| IMAGING ASSOC OF INDIANA | Unsecured | 19.02 | NA | NA | .00 | .00 |
| INDIANIA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INSTITUTE OF FOOT & ANKLE | Unsecured | 73.97 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| IRS INSOLVENCY GROUP 3 | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 150.00 | 100.00 | 100.00 | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 106.58 | 106.58 | 106.58 | .00 | .00 |
| KORMYATTE & CASBON PC | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE CIRCUIT COURT | Unsecured | NA | NA | NA | .00 | .00 |
| LEND UP | Unsecured | 300.00 | NA | NA | .00 | .00 |
| LOANCARE | Secured | 138,500.00 | 139,130.09 | 10,414.69 | 10,414.69 | .00 |
| LOANCARE | Secured | NA | 625.00 | 625.00 | .00 | .00 |
| LOANCARE | Secured | 31,000.00 | 31,173.28 | 31,173.28 | .00 | .00 |
| LOANCARE, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| MARINOSCI LAW GROUP PC | Unsecured | NA | NA | NA | .00 | .00 |
| METHODIST HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 600.00 | 602.72 | 602.72 | .00 | .00 |
| MIRAMED REVENUE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| MUNSTER ORTHOPAEDIC | Unsecured | 85.73 | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | 90.30 | NA | NA | .00 | .00 |
| NEW CREDIT AMERICA | Unsecured | NA | 8,140.65 | 8,140.65 | .00 | .00 |
| NORTHSTAR AMESTHESIE OF IN | Unsecured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 1,239.33 | NA | NA | .00 | .00 |
| ORTHOPAEDIC INSTITUTE LLC | Unsecured | 40.00 | NA | NA | .00 | .00 |
| PENDRICK CAPITAL PARTNERS | Unsecured | 39.02 | NA | NA | .00 | .00 |
| PHOENIX FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC AGENT | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3GROUP, LLC | Unsecured | 217.20 | 195.35 | 195.35 | .00 | .00 |
| QUANTUM3GROUP, LLC | Unsecured | 403.57 | 457.03 | 457.03 | .00 | .00 |
| RESURGENT CAPITAL | Secured | 9,300.00 | 9,273.91 | 1,575.00 | 1,243.53 | 105.84 |
| RESURGENT CAPITAL | Secured | NA | 7,924.54 | 7,924.54 | .00 | .00 |
| SENEX SERVICES CORP | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: YVETTE C MOORE  
Debtor(s)

Case No.: 20-20465 JRA

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US ATTORNEY'S OFFICE | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 10,414.69 | 10,414.69 | .00 |
| Mortgage Arrearage: | 31,173.28 | .00 | .00 |
| Debt Secured by Vehicle: | 9,499.54 | 1,243.53 | 105.84 |
| All Other Secured: | 625.00 | .00 | .00 |
| **TOTAL SECURED:** | 51,712.51 | 11,658.22 | 105.84 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 9,602.33 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,788.94 |
| Disbursements to Creditors: | $11,764.06 |
| **TOTAL DISBURSEMENTS:** | $15,553.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/31/2024  By: /s/PAUL CHAEL  
 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

IN RE:  
YVETTE C MOORE

CASE NO:  
20-20465 JRA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: June 21, 2024

/s/PAUL CHAEL  
PAUL CHAEL